## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:23-cr-00063 |
| | ) | |
| v. | ) | District Judge Travis R. McDonough |
| | ) | |
| ANTHONY CHRISTOPHER LIVELY | ) | Magistrate Judge Christopher H. Steger |

## <u>ORDER</u>

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 34) recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Counts Two and Three of the four count Indictment; (2) accept Defendant's guilty plea to Counts Two and Three of the four count Indictment; (3) adjudicate Defendant guilty of Count Two: possession of an unregistered firearm silencer in violation of 26 U.S.C. §§ 5841, 5861(d), and 5871; (4) adjudicate Defendant guilty of Count Three: possession of unregistered destructive devices, *to wit*, improvised explosives in violation of 26 U.S.C. §§ 5841, 5861(d), and 5871; and (5) order that Defendant remain in custody pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 34) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Counts Two and Three of the four count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Counts Two and Three of the four count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count Two: possession of an unregistered firearm silencer in violation of 26 U.S.C. §§ 5841, 5861(d), and 5871;

4.  Defendant is hereby **ADJUDGED** guilty of Count Three: possession of unregistered destructive devices, *to wit*, improvised explosives in violation of 26 U.S.C. §§ 5841, 5861(d), and 5871;

5.  Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter which is scheduled to take place on **October 18, 2024, at 9:00 a.m.**

**SO ORDERED.**

/s/*Travis R. McDonough*
TRAVIS R. MCDONOUGH
UNITED STATES DISTRICT JUDGE